# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00643-CV

C.D. Henderson Construction Services Ltd., Appellant

v.

Excell Environmental Inc., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-10-002845, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## NO. 03-10-00645-CV

C.D. Henderson Construction Services Ltd., Appellant

v.

Walker Engineering Inc., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003134, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

PER CURIAM

Appellant C.D. Henderson Construction Services Ltd. has filed unopposed motions requesting that these two related appeals be abated for purposes of settlement discussions. This Court has previously abated eighteen appeals related to those at issue here for purposes of settlement discussions.[1] We grant the motions and abate the appeals. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, these appeals will be automatically reinstated on December 10, 2010. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Chief Justice Jones, Justices Patterson and Henson

Abated

Filed:   October 27, 2010

---

[1] *See C.D. Henderson Constr. Servs. Ltd. v. Stripe-A-Zone Inc.*, Nos. 03-10-00054-CV, 03-10-00055-CV, 03-10-00056-CV, 03-10-00057-CV, 03-10-00058-CV, 03-10-00465-CV, 03-10-00466-CV, 03-10-00467-CV, 03-10-00468-CV, 03-10-00483-CV, 03-10-00484-CV, 03-10-00485-CV, 03-10-00486-CV, 03-10-00487-CV, 03-10-00488-CV, 03-10-00489-CV, 03-10-00490-CV, 03-10-00491-CV, 2010 Tex. App. LEXIS 7528 (Tex. App.—Austin Sept. 10, 2010) (mem. op.).